**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
_Northern_ **DIVISION**

_Branden Daven Ximes_
(Print your full name)

Plaintiff *pro se,*

v.

_XPO logistics Freight Inc._

(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 08 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

CIVIL ACTION FILE NO.

**1:24-CV-5149**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.  This employment discrimination lawsuit is brought under (check only those that apply):

    ___✓___ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____     Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____     Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____     Other (describe) _____

_____

_____

_____

_____

_____

2.     This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.  **Plaintiff.**    Print your full name and mailing address below:

Name        Branden Dowen James

Address      14362 Club Circle Milton, GA
             30004

4.  **Defendant(s).**    Print below the name and address of each defendant listed
                         on page 1 of this form:

Name        XPO logistics Inc

Address      1800 Forrest Park RD SE Atlanta,
             GA 30354

Name        _____

Address      _____

             _____

Name        _____

Address      _____

             _____

## Location and Time

5.  If the alleged discriminatory conduct occurred at a location <u>different</u> from the
    address provided for defendant(s), state where that discrimination occurred:

    _____

    _____

6.    When did the alleged discrimination occur?  (State date or time period)

_____ 6/30/ ~~2024~~ 2023 between 6 AM and_____

_____ 8 PM._____

## Administrative Procedures

7.    Did you file a charge of discrimination against defendant(s) with the EEOC or
any other federal agency?        ___✓___ Yes        _____ No

        If you checked "Yes," attach a copy of the charge to this complaint.

8.    Have you received a Notice of Right-to-Sue letter from the EEOC?

___✓___ Yes        _____ No

        If you checked "Yes," attach a copy of that letter to this complaint and
        state   the   date   on   which   you   received   that   letter:
        ___9/10/ 2024___

9.    If you are suing for **age discrimination**, check one of the following:

        _____        60 days or more have elapsed since I filed my charge of age
                      discrimination with the EEOC

        _____        Less than 60 days have passed since I filed my charge of age
                      discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes          _____ No          __X__ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes          _____ No          __X__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

_____ failure to hire me
_____ failure to promote me
_____ demotion
_____ reduction in my wages
_____ working under terms and conditions of employment that differed from similarly situated employees
_____ harassment
✓ retaliation
✓ termination of my employment
_____ failure to accommodate my disability
_____ other (please specify) _____

_____

13. I believe that I was discriminated against because of (check only those that apply):

✓ my race or color, which is _Blck African American_
_____ my religion, which is _____
_____ my sex (gender), which is ✓ male _____ female
_____ my national origin, which is _____
_____ my age (my date of birth is _02/21/1994_ )
_____ my disability or perceived disability, which is:

_____

_____ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

_____ other (please specify) _____

_____

Page 6 of 9

14.   Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Page 7 of 9

15.  Plaintiff  _____  still works for defendant(s)
     __✓___  no longer works for defendant(s) or was not hired

16.  If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?   . _____ Yes    __✓__ No

     If you checked "Yes," please explain: _____

     _____

     _____

     _____

     _____

17.  If your case goes to trial, it will be heard by a judge unless you elect a jury trial.  Do you request a jury trial?    _____ Yes   __✓__ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

__✓__  Defendant(s) be directed to _Remove____ from_ un eligible_
       _to return status._

__✓__  Money damages (list amounts) _Weeks__ at_ of_
       _work____ (lost wages)._

__✓__  Costs and fees involved in litigating this case

_____  Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _21_ day of _October_, 20_24_

_(signature)_
(Signature of plaintiff *pro se*)

_Brandon D James_
(Printed name of plaintiff *pro se*)

_14362 Club Circle_
(street address)

_Milton, GA 30004_
(City, State, and zip code)

_Brandon-D.James@aol.com_
(email address)

_470-880-8737_
(telephone number)

Page 9 of 9



GEORGIA DEPARTMENT OF LABOR - APPEALS TRIBUNAL
148 Andrew Young Intl Blvd NE,Ste 525, Atlanta,GA 30303-1734
404-232-3900   Fax 404-232-3901
appeals@gdol.ga.gov

DECISION OF ADMINISTRATIVE HEARING OFFICER - DOCKET# 52908-23

| | | | |
|---|---|---|---|
| Appealing Party | Claimant | Decision Mailed | 08/07/2024 |
| Appeal Filed | 08/02/2023 | Appeal Rights Expire | 08/22/2024 |
| Hearing Date | 08/05/2024 | | |

Claimant
BRANDON JAMES

Employer
XPO LOGISTICS FREIGHT INC

BRANDON JAMES
14362 CLUB CIR
ALPHARETTA GA 30004

APPEARANCES: The hearing was conducted by telephone with the claimant participating. The employer did not appear.

O.C.G.A. PROVISIONS AND ISSUES INVOLVED: OCGA Section 34-8-194(2) - Whether the discharge or suspension of the claimant was for failure to follow orders, rules or instructions or failure to perform the duties for which employed.

OCGA Section 34-8-157(b) - Whether the employer supplied written separation information to the Department of Labor in a timely manner.

FINDINGS OF FACT: The claimant worked for the named employer from September 19, 2022, through June 30, 2023, as a Freight Operations Supervisor. The employer discharged the claimant from employment.

One of the claimant's duties were to make sure the employees he supervises are safe. On June 28, 2023, there was an accident where a dock worker that the claimant supervises was involved in an accident where he fell off the dock. Prior to the incident the truck driver received his manifest, he then proceeded to leave the dock without first checking the back of his truck to make sure that door is closed prior to leaving, which is standard procedure for drivers. By failing to check to make sure the door was closed, the truck driver was therefore, not aware that someone was still working on his trailer before he left the dock area. As the truck driver was leaving the dock, the dock worker who was still working on the trailer, fell off the dock.

**See reverse side**

BRANDON JAMES                              Docket# 52908-23
                                          Page 2

The claimant was located about fifteen yards away from the dock worker who was working on the trailer. When the claimant noticed the truck driver starting to leave, he immediately tried to stop him. By the time the truck driver stopped, the dock worker had fallen about four and half to five feet onto the dock. The claimant was required to write a statement of what happened. The claimant was subsequently discharged for violation of a safety policy. The claimant had received two incident reports related to performance on May 23, 2023, and March 14, 2023. The claimant received a letter of instruction September 9, 2022, related to performance and a note to file on May 9, 2023, due to performance.

The employer furnished timely separation information to the Department of Labor.

REASONS FOR DECISION: O.C.G.A. Section 34-8-194(2)(A) provides that a disqualification is required when a claimant has been discharged or suspended for failure to follow the rules, orders, or instructions of the employer or for failure to properly perform the duties for which employed.

In the instant case, the employer is charged with carrying the burden of proof and, since the employer did not participate in this hearing, the employer failed to present testimony or evidence in support of their contention that the claimant's separation requires a disqualification. The claimant did not make any statements against his self-interest to warrant a disqualification. The employer failed to show that the claimant was at fault by a deliberate, willing and knowing action on his part. Therefore, benefits are allowed.

O.C.G.A. Section 34-8-157(b) provides that benefits paid shall be charged to the account of the most recent employer. The amount charged shall be the amount of benefits paid for the period of unemployment or the amount of wages paid by the employer from the beginning date of the base period of the claim whichever is less.

DECISION: The determination released by the Department July 28, 2023, disqualifying the claimant effective June 25, 2023, is reversed. The claimant shall be entitled to unemployment insurance benefits effective June 25, 2023, under the provisions of O.C.G.A. Section 34-8-194(2)(A). The claimant will be entitled to benefits for all weeks that claimant has met all the reporting and eligibility requirements as provided for under the provisions of O.C.G.A. Section 34-8-195(a)(3).

The employer's tax account shall be charged for benefits paid for the period of unemployment or the amount of wages paid during the period beginning with the base period of the claim, whichever is less, in accordance with O.C.G.A. Section 34-8-157(b).

BRANDON JAMES                          Docket# 52908-23
                                       Page 3


This decision will become final fifteen (15) days after the release
date of the Administrative hearing officer's decision. If you failed
to appear for this appeal hearing and wish to present testimony
requesting to reopen the hearing, your SHOW CAUSE APPEAL must be
submitted in writing to: 148 Andrew Young International Blvd NE, Suite
525, U.I. Appeals Tribunal, Atlanta, GA 30303-1734 or by fax:
404-232-3901 or by email: appeals@gdol.ga.gov.


FELICIA REED
HEARING OFFICER


This is to certify that this decision was mailed on the above date by
the clerk of the Appeals Tribunal.

Appeal Rights:
This decision will become final unless you file an appeal by the
deadline.  Appeal rights expire 15 days after the decision is mailed.
If you wish to file an appeal, submit a request online at
dol.georgia.gov, in writing by email to boardofreview@gdol.ga.gov, or
fax to 404.232.3339.  Appeals filed by email or fax
are considered filed on the date received.


COPIES OF THIS DECISION WERE MAILED TO

BRANDON JAMES                          XPO LOGISTICS FREIGHT INC
14362 CLUB CIR                         CO TALX UCM SERVICES INC
ALPHARETTA GA 30004                    P O BOX 283
                                       ST LOUIS MO  63166-0283

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/10/2024

**To:** Mr. Brandon James
14362 Club Circle
Alpharetta, GA 30004
Charge No: 410-2023-09407

EEOC Representative and email:    SAMANTHA MCKINNEY
Senior Investigator
samantha.mckinney@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2023-09407.

On behalf of the Commission,

Digitally Signed By:Darrell E. Graham
09/10/2024

Darrell E. Graham
District Director

**Cc:**
Katie Bayt
Ogletree Deakins Nash Smoak & Stewart, P.C.
300 N Meridian St STE 2700
Indianapolis, IN 46204

Kathryn Parham
Ogletree Deakins Nash Smoak & Stewart, P.C.
6410 Poplar Ave STE 300
Memphis, TN 38119

Amy Bennett
Ogletree Deakins Nash Smoak & Stewart, P.C.
300 N Meridian St STE 2700
Indianapolis, IN 46204

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 410-2023-09407 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Darrell E. Graham, 100 Alabama Street, SW Suite 4R30, Atlanta, GA 30303.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 410-2023-09407 to the District Director at Darrell E. Graham, 100 Alabama Street, SW Suite 4R30, Atlanta, GA 30303.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.